**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SARAH E. ORYSZAK | ) | |
| | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|       v. | ) | Civil No. 1:07-cv-01141 |
| | ) | (Bates, John D., Judge) |
| | ) | |
| MARK SULLIVAN, DIRECTOR | ) | |
| UNITED STATES SECRET SERVICE | ) | |
| | ) | |
| | ) | |
|       Defendant. | ) | |

**AFFIDAVIT OF SERVICE**

I hereby certify that the Complaint in this case was served on United States Attorney for the District of Columbia by hand delivery on June 26, 2007; on Mark Sullivan, Director, United States Secret Service, 950 H Street, N.W., Washington, D.C. by certified mail on June 26, 2007, delivery for which was receipted on July 7, 2007; and the Attorney General of the United States by certified mail on June 26, 2007, delivery for which was receipted on July 2, 2007. Receipts for hand delivery and for certified mail are attached hereto.

                         Sheldon I. Cohen & Assoc.

                    By: /S/Sheldon I. Cohen
                         Sheldon I. Cohen
                         D.C. Bar No. 47662
                         Counsel for Plaintiff
                         2009 N. 14th Street
                         Suite 708
                         Arlington, VA 22201
                         (703) 522-1200 Phone
                         (703) 522-1250 Fax
                         sicohen@sheldoncohen.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have served the foregoing Affidavit of Service by first class mail, postage prepaid, to counsel for defendant, the United States Attorney for the District of Columbia, at the Civil Division, at 555 15th Street, N.W., Washington, D.C. 20001, this  1st day of August, 2007.

 

                           /S/Sheldon I. Cohen
                           Sheldon I. Cohen

orz.07.jfg

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mark Sullivan, Director
United States Secret Service
950 H Street, N.W.
Washington, D.C. 20023

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _US SECRET SERVICE_      ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

ADMINISTRATIVE
SERVICES BRANCH

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 4498 5003

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
of the United States
Department of Justice
950 Pennsylvania Ave, N.W.
Washington, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____      ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   JUL 0 2 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail     ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 4498 4990

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

Doc. Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH E. ORYSZAK                                    )
                                                     )
        Plaintiff,                                   )
                 /00 2Q                              )
        v.                                           Case: 1:07-cv-01141
                                                     Assigned To : Bates, John D.
MARK SULLIVAN, DIRECTOR                              Assign. Date : 6/26/2007
UNITED STATES SECRET SERVICE                         Description: Admn. Agency Review
        950 H Street, N.W.
        Washington, D.C. 20023                       )
                                                     )
        Defendant.                                   )

## COMPLAINT

## (UNDER THE APA TO SET ASIDE A FINAL AGENCY
## DECISION DENYING PLAINTIFF A SECURITY CLEARANCE)

1.    This is an action under the Administrative Procedures Act
5 U.S.C., §§ 551 et. seq. to set aside a final decision of the
United States Secret revoking Plaintiff's security clearance.

### JURISDICTION

2.    This court had jurisdiction pursuant to 28 U.S.C. § 1331
because this matter arises under the laws of the United States.  It
further has jurisdiction under 5 U.S.C. § 702 because, as a result
of a final agency decision, plaintiff has suffered a legal wrong
within the meaning of a relevant statue or regulation of the United
States.

### VENUE

3.    Venue properly lies in this court pursuant to 28 U.S.C.
§ 1391(e)(1).  Defendant is an agency of the United States with its
principal headquarters in the District of Columbia.