IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01141 |
| | ) |
| MARK SULLIVAN, Director, United States Secret Service, | ) ) ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME IN WHICH TO RESPOND TO THE COMPLAINT**

The defendant, Mark Sullivan, Director of the United States Secret Service, respectfully moves this Court for a thirty-day extension of time, from August 27, 2007, to and including September 26, 2007, in which to file a pleading in response to the complaint. In support of this motion, counsel for the defendant state as follows:

1. The plaintiff, Sarah E. Oryszak, filed her complaint in this action on June 26, 2007.

2. The United States Attorney's Office for the District of Columbia received service of the complaint and a summons on the same date.

3. The defendant's pleading in response to the complaint is currently due to be filed on or before August 27, 2007.

4. The undersigned counsel, Joel McElvain, is the attorney primarily responsible for the representation of the defendant in this action. The undersigned received notice of the complaint on August 16, 2007.

5.  An extension of thirty days is necessary in order for counsel for the defendant to consult with representatives of the Secret Service and to prepare a responsive pleading that would be of maximum assistance to the Court.

6   Counsel for the defendant consulted with counsel for the plaintiff, Sheldon I. Cohen, Esquire, and Mr. Cohen stated that he does not oppose this motion.

WHEREFORE, the defendant respectfully moves this Court for a thirty-day extension of time, from August 27, 2007, to and including September 26, 2007, in which to file a pleading in response to the complaint.

Dated: August 17, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

   /s/ Joel McElvain
SUSAN K. RUDY, D.C. Bar # 369112
JOEL McELVAIN, D.C. Bar # 448431
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C.  20530
Telephone:   (202) 514-2988
Facsimile:   (202) 616-8202
Email:       Joel.McElvain@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01141 |
| | ) |
| MARK SULLIVAN, Director, United States Secret Service, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of defendant's unopposed motion for an extension of time in which to respond to the complaint, and good cause having been shown, it is hereby

ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that the defendant's pleading in response to the complaint is due to be filed on or before September 26, 2007.


Dated: _____, 2007      _____
                                JOHN D. BATES
                                UNITED STATES DISTRICT JUDGE

Copy To:

Joel McElvain
U.S. Department of Justice
20 Massachusetts Avenue, N.W., Room 7130
Washington, D.C.  20530
Attorney for Defendants

Sheldon I. Cohen
Sheldon I. Cohen & Associates
2009 N. 14th Street, Suite 708
Arlington, VA 22201
Attorney for Plaintiffs