```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

SARAH E. ORYSZAK,                  )
                                   )
          Plaintiff,               )
                                   )
     v.                            )  Civ. No.1:07-cv-01141
                                   )
MARK SULLIVAN, Director            )
United States Secret Service       )
                                   )
          Defendant.               )
```

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff, Sarah Oryzak, moves for an extension of time in which to respond to Defendant's Motion to Dismiss, and to Defendant's Motion to Stay Discovery, to and including October 17, 2007.

Plaintiff's counsel has spoken with Defendant's counsel, Joel, McElvain, AUSA, who consents to the granting of this motion and has authorized the undersigned counsel to represent that he has no objection to it.

```
                         Sheldon I. Cohen & Assoc.


                         By:/s/ Sheldon I. Cohen
                            Sheldon I. Cohen
                            D.C. Bar No. 47662
                            Counsel for Plaintiff
                            2009 N. 14th Street, Suite 708
                            Arlington, VA 22201
                            (703) 522-1200 Phone
                            (703) 522-1250 Fax
                            sicohen@sheldoncohen.com
```

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of September, 2007, I electronically filed the foregoing Plaintiff's Consent Motion for an Extension of Time with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for defendant:

        Joel McElvain
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave, N.W. Room 7130
        Washington, CD 20001

                /S/ Sheldon I. Cohen
                Sheldon I. Cohen

ory.33s

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
SARAH E. ORYSZAK,                   )
                                    )
         Plaintiff,                 )
                                    )
     v.                             )  Civ. No.1:07-cv-01141
                                    )
MARK SULLIVAN, Director             )
United States Secret Service        )
                                    )
         Defendant.                 )
```

**ORDER**

Upon consideration of Plaintiff's, motion for an extension of time in which to respond to Defendant's Motion to Dismiss, and to Defendant's Motion to Stay Discovery, to and including October 17, 2007, and defendant's consent to that motion, it is

ORDERED that plaintiff's time to respond to Defendant's Motion to Dismiss, and to Defendant's Motion to Stay Discovery, to and including October 17, 2007 is GRANTED.

Dated: _____, 2007      _____
                                JOHN D. BATES
                                 UNITED STATES DISTRICT JUDGE