UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.1:07-cv-01141 |
| | ) |
| MARK SULLIVAN, Director | ) |
| United States Secret Service | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MEMORANDUM REQUESTING ORAL HEARING ON
DEFENDANT'S MOTION TO DISMISS AND
DEFENDANTS MOTION TO STAY DISCOVERY**

Plaintiff, Sarah Oryszak, hereby requests, pursuant to Local Rule 7(f), an oral hearing on Defendant's Motion to Dismiss and Defendant's Motion to Stay Discovery for the reason that these motions raise novel legal issues and their resolution may have a decisive effect on the outcome of this litigation. Plaintiff believes that the Court's understanding of the parties arguments can be aided by oral argument.

/s/ Sheldon I. Cohen
Sheldon I. Cohen
D.C. Bar No. 47662
Counsel for Plaintiff
Sheldon I. Cohen & Assoc.
2009 N. 14th Street, Suite 708
Arlington, VA 22201
(703) 522-1200 Phone
(703) 522-1250 Fax
sicohen@sheldoncohen.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 17th day of October, 2007, I electronically filed the foregoing Plaintiff's Memorandum Requesting an Oral Hearing on Defendant's Motion to Dismiss and Defendant's Motion to Stay Discovery with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for defendant:

        Joel McElvain
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave, N.W. Room 7130
        Washington, DC 20001

                <u>/S/ Sheldon I. Cohen</u>
                Sheldon I. Cohen
                D.C. Bar No. 47662
                Counsel for Plaintiff
                Sheldon I. Cohen & Assoc.
                2009 N. 14th Street, Suite 708
                Arlington, VA 22201
                (703) 522-1200 Phone
                (703) 522-1250 Fax
                <u>sicohen@sheldoncohen.com</u>