UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.1:07-cv-01141 |
| | ) |
| MARK SULLIVAN, Director | ) |
| United States Secret Service | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION REQUESTING ORAL HEARING ON DEFENDANT'S MOTION TO DISMISS AND DEFENDANTS MOTION TO STAY DISCOVERY**

Plaintiff, Sarah Oryszak, hereby moves, pursuant to Local Rule 7(f), for an oral hearing on Defendant's Motion to Dismiss and Defendant's Motion to Stay Discovery for the reason that these motions raise novel legal issues and their resolution may have a decisive effect on the outcome of this litigation. Plaintiff believes that the Court's understanding of the parties arguments can be aided by oral argument.

Plaintiff's counsel has attempted to speak to defendant's counsel by phone about this motion but was unable to reach him because the message on defendant's counsel voice mail was that he was out of the office for the day.

/s/ Sheldon I. Cohen
Sheldon I. Cohen
D.C. Bar No. 47662
Counsel for Plaintiff
Sheldon I. Cohen & Assoc.
2009 N. 14th Street, Suite 708
Arlington, VA 22201
(703) 522-1200 Phone
(703) 522-1250 Fax
sicohen@sheldoncohen.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 18th day of October, 2007, I electronically filed the foregoing Plaintiff's Motion Requesting an Oral Hearing on Defendant's Motion to Dismiss and Defendant's Motion to Stay Discovery with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel for defendant:

        Joel McElvain
        U.S. Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Ave, N.W. Room 7130
        Washington, DC 20001

                <u>/S/ Sheldon I. Cohen</u>
                Sheldon I. Cohen
                D.C. Bar No. 47662
                Counsel for Plaintiff
                Sheldon I. Cohen & Assoc.
                2009 N. 14th Street, Suite 708
                Arlington, VA 22201
                (703) 522-1200 Phone
                (703) 522-1250 Fax
                <u>sicohen@sheldoncohen.com</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.1:07-cv-01141 |
| | ) |
| MARK SULLIVAN, Director | ) |
| United States Secret Service | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of plaintiff's motion for an oral hearing on defendant's Motion to Dismiss and defendant's Motion to Stay Discovery, and of defendant's response thereto, it is hereby

ORDERED that plaintiff's motion for an oral hearing on defendant's Motion to Dismiss and defendant's Motion to Stay Discovery be, and is hereby GRANTED, and it is further

ORDERED that an oral hearing on defendants's Motions shall be scheduled before this court on the ____ day of _____, 2007 at ___AM.

Dated: _____, 2007        _____
                                 JOHN D. BATES
                                 UNITED STATES DISTRICT JUDGE

Serve: Sheldon I Cohen
       Counsel for Plaintiff
       2009 N. 14th St., Suite 708
       Arlington, V.A. 22201

       Joel McElvain
       Counsel for Defendant
       U.S. Department of Justice
       20 Massachusetts Ave, N.W., Room 7130
       Washington, D.C. 20001