IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-01141 |
| ) | |
| MARK SULLIVAN, Director, United States ) | |
| Secret Service, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S
## MOTION REQUESTING ORAL HEARING

The plaintiff, Sarah E. Oryszak, has filed a motion asking that oral argument be scheduled with respect to two pending motions. In the first motion, the defendant, Mark Sullivan, the Director of the United States Secret Service, has moved that the complaint be dismissed either for lack of subject matter jurisdiction or for failure to state a claim. In the second motion, the defendant has moved for a stay of discovery until such time as his motion to dismiss is ruled upon. The plaintiff asserts that both of these motions "raise novel legal issues" that should be the subject of oral argument. (Doc. 11 at 1.) The defendant disagrees. In his view, for the reasons explained in his initial memoranda and in his reply briefs, both motions may be resolved through the application of well-settled legal standards.

Nonetheless, should the Court determine in its discretion that it wishes to hold argument with respect to either the motion to dismiss or the motion for a stay, the

defendant stands ready to present argument, and requests the opportunity to participate in any hearing that the Court may schedule.

Dated: October 26, 2007               Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney


                                               /s/ Joel McElvain
                                            SUSAN K. RUDY, D.C. Bar # 369112
                                            JOEL McELVAIN, D.C. Bar # 448431
                                            U.S. Department of Justice
                                            20 Massachusetts Avenue, N.W., Room 7130
                                            Washington, D.C.  20001
                                            Telephone:    (202) 514-2988
                                            Facsimile:    (202) 616-8202
                                            Email:          Joel.McElvain@usdoj.gov

                                            Attorneys for the Defendant