UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARAH E. ORYSZAK,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**MARK SULLIVAN, Director, United States Secret Service,**<br><br><br>        **Defendant.** | Civil Action No. 07-1141 (JDB) |

## ORDER

Upon consideration of the Director's motion to dismiss, for the reasons identified in the Memorandum Opinion issued on this date, it is hereby **ORDERED** that the motion is **GRANTED**; and it is further **ORDERED** that this case is hereby **DISMISSED**.

    **SO ORDERED**.

                                                                             /s/
                                                                  JOHN D. BATES
                                                            United States District Judge

Date: July 8, 2008