UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH E. ORYSZAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.1:07-cv-01141 *JDB* |
| | ) |
| MARK SULLIVAN, Director | ) |
| United States Secret Service | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Sarah E. Oryszak, plaintiff above named, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Order granting the defendant's motion to dismiss entered in this action on the 8th day of July, 2008

Sheldon I. Cohen & Assoc.

By: _____
Sheldon I. Cohen
D.C. Bar No. 47662
Counsel for Plaintiff
2009 N. 14th Street, Suite 708
Arlington, VA 22201
(703) 522-1200 Phone
(703) 522-1250 Fax
sicohen@sheldoncohen.com




RECEIVED
SEP - 5 2008


NANCY MAYER WHITTINGTON, CLERK